000001

Order issued December 27, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01462-CV

**COASTAL FLYING CLUB, LLC, ET AL., Appellants**

**V.**

**ROBERT H. CHAMBERS, ET AL., Appellees**

## ORDER

We **GRANT** appellants' December 12, 2012 motion for an extension of time to file a brief

**to the extent** that appellants shall file their brief on or before February 19, 2013.

ELIZABETH LANG-MIERS
JUSTICE